ALLAN E. ANDERSON (SBN 133672)
aanderson@rmkb.com
SEAN P. FLYNN (SBN 220184)
sflynn@rmkb.com
**ROPERS, MAJESKI, KOHN & BENTLEY**
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for Defendant
I.C. System, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLES PRICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>I.C. SYSTEM,<br><br>　　　　Defendant. | CASE NO. CV10-06204 GAF (DTBx)<br><br>**FINAL JUDGMENT**<br><br><br>Judge:　　Gary A. Feess<br>Magistrate: David T Bristow |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED AS FOLLOWS:**

On May 2, 2011, Defendant I.C. System's Motion for Summary Judgment as to Plaintiff's Complaint was **GRANTED**. [Docket # 30.]

Therefore, **JUDGMENT** is entered in favor of Defendant I.C. System and against Plaintiff Charles Price. Defendant may seek its fees and costs to the extent provided for by law.

**IT IS SO ORDERED.**

Dated: May 18, 2011　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Honorable Gary A. Feess
　　　　　　　　　　　　　　　　　　　　United States District Court

FINAL JUDGMENT